

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

In re The Estate of Maggie Williams Turner, Deceased

No. 06-17-00071-CV

Appeal from the 276th District Court of Marion County, Texas (Tr. Ct. No. 1500143). Memorandum Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We further order that the appellant pay all costs of this appeal.

RENDERED DECEMBER 8, 2017
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk